UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**REBECCA FACKLER,**

    Plaintiff,

v.   Case No. 06-10466
    Hon. Bernard A. Friedman

**RHODA DILLARD,**

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge Virginia M. Morgan's Report and Recommendation dated July 7, 2006. No objections were filed thereto.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge Virginia M. Morgan's Report and Recommendation dated July 7, 2006, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion to dismiss is granted.

IT IS FURTHER ORDERED that plaintiff's complaint is dismissed with prejudice.

   August 16, 2006                     s/Bernard A. Friedman
      Detroit, Michigan               BERNARD A. FRIEDMAN
                                               CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

      **/s/ Patricia Foster Hommel**
        **Patricia Foster Hommel**
  **Secretary to Chief Judge Friedman**